AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

**APPEARANCE**

Case Number: CR 00-31-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Carlos Pesante

I certify that I am admitted to practice in this court.

5/30/08
Date

Mary S. McElroy
Signature

Mary S. McElroy
Print Name

4830
Bar Number

10 Weybosset Street, Suite 300
Address

Providence | RI | 02903
City | State | Zip Code

(401) 528-4281
Phone Number

(401) 528-4285
Fax Number