UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 00-31-T |
| | ) | |
| CARLOS PESANTE | ) | |

DEFENDANT'S OBJECTION TO REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE

Now comes Carlos Pesante, by and through his counsel, and OBJECTS to the Report and Recommendation of United States Magistrate Judge Lincoln Almond. Specifically Mr. Pesante objects to the recommendation that the six month extension of his period of supervised release begin on the date of final sentencing.

Mr. Pesante admitted to a violation of his supervised release when he appeared before the court on May 30, 2008. Both Mr. Pesante and the government agreed to recommend an extension of six months to his period of supervised release. Mr. Pesante's original period of supervised release would have expired on May 22, 2008.

Mr. Pesante began a five year period of supervised release on May 23, 2003. Until this violation, he followed all of the rules of supervision. He worked hard and was regularly employed. Mr. Pesante regained custody of his son and, together with his girlfriend, is raising their two children. Mr. Pesante has been substance free and violation free for almost the entire five year period.

On May 11, 2008 Mr. Pesante was arrested in Connecticut. This arrest formed the basis of the violation of his supervision. He contacted his probation officer the next day to advise him of his arrest. He was candid and honest about his behavior when talking to his probation officer.

He agreed with his probation officer to engage in substance abuse treatment and Mr.

Pesante has already begun this treatment. The primary purposes for a six month extension would be to allow Mr. Pesante to complete substance abuse treatment and to allow probation a period of supervision beyond the completion to ensure he remains substance free.

Since Mr. Pesante has already begun this treatment a six month extension that begins on the day his probation was set to expire would serve all of the purposes of sentencing in this case.

Because of the way that the Magistrate Judge worded his recommendation the actual extension of probation is indefinite. In this case a later sentencing date could potentially harm Mr. Pesante. Mr. Pesante requests that this court schedule a final sentencing date at its earliest convenience.

Respectfully submitted.

CARLOS PESANTE
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 9th day of June, 2008.

/s/ Mary S. McElroy