UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        Plaintiff,

v.                                              C.R. No. 00-031T

CARLOS PESANTE

        Defendant.

## ORDER EXTENDING TERM OF SUPERVISED RELEASE

Carlos Pesante has admitted to a violation of the conditions of supervised release. For reasons stated in open Court on July 30, 2008, it is hereby ordered:

Defendant's supervised release is extended for one year, effective May 23, 2008 through May 22, 2009.

                                  By Order

                                  /s/ [signature]
                                  Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge

Date: August    , 2008