**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

Plaintiff,

v. C.R. No. 00-031T

CARLOS PESANTE

Defendant.

**ORDER EXTENDING TERM OF SUPERVISED RELEASE**

Carlos Pesante has admitted to a violation of the conditions of supervised release. For reasons stated in open Court on July 30, 2008, it is hereby ordered:

Defendant's supervised release is extended for one year, effective May 23, 2008 through May 22, 2009.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: August , 2008